**Order entered December 20, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00619-CV

**LYNDON THOMPSON AND PAULA THOMPSON, Appellants**

**V.**

**WILMINGTON SAVINGS FUND SOCIET FSB AS OWNER TRUSTEE OF THE RESIDENTAL CREDIT OPPORTUNITIES, Appellee**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-22-00129-B**

## ORDER

Before the Court is appellants' December 19, 2022 second motion for extension of time to file their brief. We **GRANT** the motion to the extent we **ORDER** the brief be filed no later than January 30, 2023. Because the brief was first due November 30, 2022, we caution appellants that further extension requests will be disfavored.

/s/ KEN MOLBERG
JUSTICE